

# United States District Court
# Eastern District of California

| PHI-THU THI NGUYEN et al | Case Number: | 2:26-cv-00024-DJC-AC |

Plaintiff(s)

V.

KRISTI NOEM et al

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, JUDY H. NGUYEN hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PHI-THI THI NGUYEN, KHANH-DUY NGUYEN CHAU, KHANH-GIAO NGUYEN CHAU

On 01/13/2022 (date), I was admitted to practice and presently in good standing in the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/29/2025          Signature of Applicant: /s/ Judy Nguyen

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | JUDY H. NGUYEN |
| Law Firm Name: | CAO & ASSOCIATES P.C. |
| Address: | 10623 Bellaire Blvd, Suite C-290 |
| City: | HOUSTON   State: TX   Zip: 77072 |
| Phone Number w/Area Code: | (713) 774-5477 |
| City and State of Residence: | HOUSTON, TEXAS |
| Primary E-mail Address: | judy@caoatlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sabrina Damast |
| Law Firm Name: | Law Office of Sabrina Damast |
| Address: | 510 West 6th Street, Suite 330 |
| City: | Los Angeles   State: CA   Zip: 90014 |
| Phone Number w/Area Code: | (323) 475-8716   Bar #: 305710 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 8, 2026

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE