ERIC GRANT
United States Attorney
Shelley D. Weger
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHI-THU THI NGUYEN, ET AL.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>KRISTI NOEM, ET AL.,<br><br>                  Defendants. | CASE NO.  2:26-CV-00024 DJC-AC<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.  This case concerns Plaintiffs' I-829 petitions, Petition by Investor to Remove Conditions on Permanent Resident Status, which Plaintiffs filed with U.S. Citizenship and Immigration Services ("USCIS") in August 2025.  On March 3, 2026, USCIS issued a Request for Evidence ("RFE") to Plaintiff Phi-Thu Thi Nguyen.  Plaintiff has until May 29, 2026, to respond to the RFE, if residing inside the United States and until June 9, 2026, if residing outside of the United States.  In addition, USCIS scheduled a biometrics appointment for Plaintiff Khanh-Giao Nguyen Chau for March 24, 2026.  USCIS anticipates that it will be able to complete the adjudication of the applications upon their receipt of Plaintiff Phi-Thu Thi Nguyen's RFE responses, which may render this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 7, 2026.  The parties further request that all other filing deadlines be

similarly extended and that the initial scheduling conference be vacated and reset.

Respectfully submitted,

Dated:  April 8, 2026

ERIC GRANT
United States Attorney

By:  /s/ Shelley D. Weger
Shelley D. Weger
Assistant United States Attorney

/s/ Sabrina Damast
SABRINA DAMAST
Counsel for Plaintiffs

ORDER

It is so ordered.

Dated:  April 8, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE